UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LEVON SHARP,                                    :

                Plaintiff,                   :   **ORDER**

    - against -                                  :   08 Civ. 5919 (GEL)(FM)

ROBERT MORGENTHAU,                              :
DET. LUIS RAMIREZ, et al.,
                                                :

                Defendants.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        The plaintiff in this malicious prosecution and false imprisonment case has executed the annexed authorizations for the release of his sealed records relating to Docket Nos. 2007NY084732 and 2007NY091360 and in Criminal Court, New York County, which are not notarized, but clearly express his intent to disclose said records to defense counsel, as he must to prosecute this case.

        Accordingly, it is hereby ORDERED that any court, police agency, prosecutor's office, or state or local agency having such sealed records disclose them forthwith to Michael A. Cardozo, Corporation Counsel of the City of New York, or his authorized representative.

        SO ORDERED.

Dated:    New York, New York
             March 27, 2009

                                                          FRANK MAAS
                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/09

Copies to:

Hon. Gerard E. Lynch
United States District Judge

Levon Sharp
8 East 109th Street
New York, New York 10029

Benjamin E. Stockman, Esq.
Assistant Corporation Counsel
NYC Law Department
Fax: (212) 788-9776

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Levon Sharp, Date of Birth **3/14/51** SS# **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** pursuant to CPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled People of the State of New York v. Levon Sharp, Docket No. **2007NY084732**, in **Criminal** Court, County of **Manhattan**, State of New York, relating to my arrest on or about **November 8, 2007**, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

_Levon Sharp_
Levon Sharp

STATE OF NEW YORK, )
                    : SS:
COUNTY OF **Bronx** )

On this **22nd** day of **February**, 2009, before me personally came Levon Sharp, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_Signature Witnessed by:_

NOTARY PUBLIC

_BRAULIO MONCION_

_JOSE DIAZ_

## DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Levon Sharp, Date of Birth **3/14/51** SS# **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** pursuant to CPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled People of the State of New York v.Levon Sharp, Docket No. **2007NY091360**, in **Criminal** Court, County of **Manhattan** State of New York, relating to my arrest on or about **December 6, 2007**, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

_Levon Sharp_
Levon Sharp

STATE OF NEW YORK, )
                    : SS:
COUNTY OF **Bronx** )

On this **22nd** day of **February**, 2009, before me personally came Levon Sharp, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

Signature Witnessed by:

_Blau_
BRAULIO MONCION

_Jose Diaz_
JOSE DIAZ